OTILIA LUNA
1123 W. 18TH STREET
LOS ANGELES, CA 90015

Tel. 213.984.7587

In Pro Per

FILED
SEP 30 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNTIED STATES BANKRUPTCY COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE.

OTILIA LUNA

DEBTOR

)
) CASE NO. 19-BK-19001-VZ
)
) DEBTOR'S OPPOSITION TO
) SANTANDER CONSUMER USA INC's
) OBJECTION TO CONFIRMATION;
) MEMORANDUM OF POINTS AND
) AUTHORITIES, DECLARATION OF
) OTILIA LUNA IN SUPPORT THEREOF:
)
) Hearing Date: 07/13/2020
) Time: 9:00AM
) CTRM 1368
)
)
)

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Debtor, OTILIA LUNA submits the following in opposition to SANTANDER CONSUMER USA INC'S objection to confirmation and in support thereof alleges:

## MEMORANDUM OF POINTS AND AUTHORITIES

### I

### STATEMENT OF FACTS

Debtor is the equitable owner of the Cadillac Escalade Automobile Vin. Number 1GYFK63828R263195.

Although the vehicle is over- priced, Debtor is current on all post- petition payments. Debtor proposes to and has been paying her regular payments in accordance with the terms of the retail sales agreement she entered into.

### II

**THE COURT MUST OVERULE MOVING PARTY SANTANDER CONSUMER USA INC'S OBJECTION.**

## I. Section 362 – Automatic stay

(a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of—

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

1  (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

2

3  (7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

4

5  (8) the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable

6  period ending before the date of the order for relief under this title.

7  As applied to OTILIA LUNA, Santander Consumer USA Inc's objection is entirely

8  misplaced and should be overruled.

9

10                                    **III**

11  Based upon the above, Debtor respectfully urges this Court to deny SANTANDER'S

12  motion or objection to confirmation, and for such other and further relief this Court

13  deems just and proper.

14

15

16                                                    Respectfully Submitted,

17  DATED: September 27, 2019

18
                                                      _____
19                                                    OTILIA LUNA, Debtor

20

21

22

23

24

25

26

27

28

DEBTOR OTILIA LUNA'S OPPOSITION TO SANTANDER CONSUMER USAINC'S OBJECTION TO
CONFIRMATION
3

## DECLARATION OF OTILIA LUNA

I Otilia luna declare:

1. I am the debtor and owner of the Cadilac Escalade. I have firsthand knowledge of the matters averred herein and if called as witness will competently testify thereto.

2. I am current as to all post- petition payments in accordance with the retail sales agreement I made with Moving party.

3. I therefore implore this court to deny their objection

I declare under penalty of perjury under the laws of the United States of America that the above this true.

Dated: 9/27/2019

_____
OTILIA LUNA, Debtor

---

DEBTOR OTILIA LUNA'S OPPOSITION TO SANTANDER CONSUMER USAINC'S OBJECTION TO CONFIRMATION

4

PROOF OF SERVICE

I, B. Sam the undersigned declare:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 years of age and not a party to the within action. My business address is 110 S. La Brea Avenue, Suite 215A Inglewood, CA 90301.

On 9/27/2019 I served the foregoing document described as **DEBTOR'S OPPOSITION TO SANTANDER CONSUMER USA OBJECTION**

Jennifer H. Wang, Esq.
COOKSEY, TOOLEN GAGE &WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, CA 92626

```
Nancy Curry, Trustee
1000 Wilshire Blvd, Suite 870
Los Angeles CA 90017
```

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under this practice, mail is deposited with the United States Postal Service on the same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in the affidavit. I declare under penalty of perjury of the laws of the State of California.

Dated: 9/27/2019

_____
B. Sam

---

DEBTOR OTILIA LUNA'S OPPOSITION TO SANTANDER CONSUMER USAINC'S OBJECTION TO CONFIRMATION

5